996 A.2d 480

**COMMONWEALTH of Pennsylvania ex rel. Michael John PISKANIN, Jr., Petitioner**

**v.**

**Kenneth R. CAMERON (herein after "Cameron") individually and as Superintendent SCI Cresson; and Pennsylvania Department of Corrections (herein after PADOC); and Jean Sliko, individually and as Business Manager SCI Cresson, and all of them individually, jointly and severally with one another, Respondents.**

**No. 18 EM 2010.**

Supreme Court of Pennsylvania.

June 14, 2010.

**ORDER**

PER CURIAM.

**AND NOW,** this 14th day of June, 2010, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Review Sounding as for [sic] Writ of Mandamus" is **DENIED.**